COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ali Yazdchi v. Wells Fargo Bank, NA

Appellate case number:   01-18-01023-CV

Trial court case number:  2015-11585

Trial court:               215th District Court of Harris County

Appellant has been declared a vexatious litigant and is subject to a prefiling order. Although appellant's who attempt to appeal pro se must obtain permission before filing an appeal, the statute requiring permission is inapplicable if the appellant is represented by counsel. *See* TEX. CIV. PRAC. & REM. CODE §§ 11.103(a), (d); 11.002(a). Appellant is represented by retained counsel.

On February 13, 2019, this Court notified appellant's retained counsel that the filing fee was past due. No response was filed. Appellant had filed a pro se statement of inability to afford court costs on November 17, 2018, but at that time, he was represented by retained counsel, as shown by the notice of appeal filed on November 9, 2018. Typically, if an appellant is represented by counsel, the courts hold that appellant is not entitled to hybrid representation. *See, e.g.*, *In the Interest of D.B.*, No. 02–18–00015–CV, 2018 WL 2324689, at *1 n.4 (Tex. App.— Fort Worth May 22, 2018, pet. denied) (appellant who is represented by counsel has no right to hybrid representation). The clerk's record filed on February 26, 2019 contains no statement of inability, and thus, it does not appear that appellant claimed indigence in the trial court.

Accordingly, the Court may dismiss the appeal unless appellant notifies this Court in writing **on or before September 3, 2019** why appellant is unable to pay the filing fee or pays the filing fee **on or before September 3, 2019**.

It is so ORDERED.


Judge's signature:   <u>Justice Peter Kelly</u>                     
                         ☑ Acting individually    ☐ Acting for the Court


Date:   <u>August 22, 2019</u>